No. 3471.—FELICIANO, aplte. *v.* AGUILÚ E HIJOS, apdos.— C. D. Ponce. Jun. 24, 1925. Daños y perjuicios. La corte llega a la conclusión de que no existe el error que se alega en la apreciación de la prueba porque ella es suficiente para sostener la sentencia apelada, y que tampoco cometió error al no permitir que la apelante repreguntara al testigo Maximino Soler sobre los motivos por los cuales no quiso ir a la corte con los testigos de la apelante, por lo cual se confirmó la sentencia apelada.

No. 2546.—PUEBLO, apdo., *v.* TORO, aplte.—C. D. Arecibo. Jun. 24, 1925. No habiendo presentado el apelante alegato escrito ni oral en apoyo de su recurso contra la sentencia por él apelada en juicio por portar armas prohibidas, debemos *desestimar* y desestimamos esta apelación, pues la sola manifestación hecha por el apelante en un escrito dirigido a esta corte en que manifiesta que por estar pendiente otra acusación contra él por asesinato con dicha arma, esta apelación debe ser suspendida hasta que el otro juicio se resuelva, no es base para considerar esa cuestión.

No. 3680.—REMY, apdo., *v.* ALVAREZ TORRE y MUÑOZ MORALES, apltes.—C. D. San Juan, Disto. 2º. Jun. 25, 1925. Visto el caso de *Díaz Mor* v. *The Porto Rico Railway, Light & Power Co.,* 32 D.P.R. 95, y oídas las manifestaciones del abogado del peticionario en el acto de la vista; se declara con lugar la moción y en su consecuencia *se desestima* la apelación interpuesta por el demandado Muñoz Morales.

No. 2570. — EX PARTE RODRÍGUEZ, aplte., y EL PUEBLO, apdo. — C. D. Arecibo. *Habeas corpus.* Julio 8, 1925. *Se revoca* la resolución apelada en este caso pudiendo el acusado permanecer en libertad provisional mediante la prestación de una fianza que fijará la corte de distrito, según las circunstancias que concurran y que no exceda de $5,000 dollars.